IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TOMMY BELL,<br><br>　　　　　　　　　　Petitioner<br><br>VS.<br><br>JAMES E. DONALD,<br><br>　　　　　　　　　　Respondent | NO. 5:08-CV-00194 (CAR)<br><br>**PROCEEDINGS UNDER 28 U.S.C. § 2254**<br>**BEFORE THE U.S. MAGISTRATE JUDGE** |

## ORDER AND RECOMMENDATION

　　Respondent JAMES E. DONALD has filed a MOTION TO DISMISS petitioner TOMMY BELL's petition for habeas corpus relief on the grounds that the petition is untimely filed. Tab #10. Petitioner BELL subsequently filed a MOTION FOR EXTENSION OF TIME TO RESPOND( Tab #14), as well as his own MOTION TO DISMISS his petition *without* prejudice (Tab #15). Respondent DONALD filed a RESPONSE to the petitioner's motion seeking dismissal without prejudice wherein the respondent does not oppose the petitioner's motion seeking dismissal. Tab #17.

　　In view of the fact that respondent DONALD does not oppose the petitioner's request to dismiss the petition without prejudice, IT IS RECOMMENDED that petitioner BELL's MOTION TO DISMISS be GRANTED, and that respondent DONALD's motion to seeking dismissal be DENIED.[1] Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof. In light of the foregoing, petitioner's motion seeking an extension of time is hereby DISMISSED as moot.

　　SO ORDERED AND RECOMMENDED this 24th day of NOVEMBER, 2008.



　　　　　　　　　　　　　　　　　　　　　　CLAUDE W. HICKS, JR.
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] It should be noted that if, in fact, the instant petition is untimely filed, dismissal without prejudice will not afford the petitioner any advantage should he choose to re-file at a later date.